*Frederic C. Rupp, Corporation Counsel (Herbert A. Hickman* of counsel), for appellant.

*John Lord O'Brian* and *Ralph Ulsh* for respondent.

Order affirmed, with costs, on ground that section 119 of the charter of the city of Buffalo permits a division of the assessment.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

SELDON E. NICHOLS, Appellant, *v.* LEWIS W. EMERSON et al., as Executors of JAMES EMERSON, Deceased, Respondents.

*Partnership — action to impose liability for partnership debts upon estate of deceased limited partner — compromise by payment to trustee in bankruptcy of sum in settlement of all liability.*

*Nichols* v. *Emerson,* 210 App. Div. 281, affirmed.
(Argued October 9, 1925; decided October 27, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 20, 1924, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was to impose liability upon the estate of a limited partner, deceased, for debts of the firm, it having been adjudged bankrupt, because of failure to file the certificate of limited partnership in the county where a branch of the business was conducted and the indebtedness incurred. The Appellate Division held that plaintiff's claim was compromised by the payment by defendants to the trustee in bankruptcy of an amount in settlement of the decedent's liability, such settlement having been authorized by the Federal bankruptcy court which had jurisdiction of the parties including the plaintiff.

*William T. Moore* and *Thomas F. McDermott* for appellant.

*Henry W. Williams* for respondents.

Judgment affirmed, with costs, on opinion of COCHRANE, P. J., below.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MOCK YICK TONG, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 12, 1925; decided October 27, 1925.)

APPEAL from a judgment of the Supreme Court, rendered January 9, 1925, at a Trial Term for the county of Bronx upon a verdict convicting the defendant of the crime of murder in the first degree.

*William Travers Jerome* for appellant.

*John E. McGeehan, District Attorney (George B. De Luca, Herman J. Fliederblum* and *Albert H. Henderson* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, ANDREWS and LEHMAN, JJ.; CRANE, J., concurs under the provisions of section 542 of the Code of Criminal Procedure.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CHARLES W. HANSEN, Appellant.

*Crimes — extortion — bribery — taking unlawful fees — judgment of conviction affirmed.*

*People* v. *Hansen,* 211 App. Div. 861, affirmed.
(Argued October 12, 1925; decided October 27, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 5, 1924, which affirmed a judgment of the Nassau County Court rendered upon a verdict convicting the defendant of the crimes of extortion, bribery and taking unlawful fees.